# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT RIVERA,

        Plaintiff,

v.

CHRISTINE GREGOIRE,,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5493RBL

- [ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [x] **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

This cause of action is DISMISSED.

    March 7, 2007                                                     BRUCE RIFKIN

                                                                         Clerk

                                                                   /s/ Pat LeFrois

                                                                  Deputy Clerk