HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT RIVERA,

        Plaintiff,

v.

CHRISTINE GREGOIRE,

        Defendant.

Case No. C06-5493RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Reopen Judgment [Dkt. #18].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**ORDERED** that Plaintiff's Motion to Reopen Judgment [Dkt. #18] is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 13th day of December, 2007.

                         */s/ Ronald B. Leighton*
                         RONALD B. LEIGHTON
                         UNITED STATES DISTRICT JUDGE